*Urban S. Mulvehill* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROMULO ROSARIO, Appellant.

Argued November 30, 1954; decided December 31, 1954.

*William B. Northrop* and *Oscar Gonzalez-Suarez* for appellant.
*Frank S. Hogan, District Attorney* (*Charles W. Manning* and *Richard G. Denzer* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Accounting of HARRY F. WHITON et al., as Trustees under the Will of EMMA D. ROSS, Deceased, Appellants. JEANETTE B. DONNELL, Respondent.

Argued December 3, 1954; decided December 31, 1954.